ELSA GRUNDON, Respondent, v. ADAM E. GRUNDON, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order granting plaintiff's motion that defendant be directed to pay her $80 to secure a transcript of the evidence of the trial in an action for a separation.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

WILLIAM T. KENNEDY, Plaintiff, v. BETHLEHEM STEEL COMPANY, Defendant and Third-Party Plaintiff-Respondent, et al., Defendants. HUDSON-RUMSEY Co., INC., Third-Party Defendant-Appellant.— Order reversed on the law and facts, with $10 costs and disbursements, and motion granted, with $10 costs. Memorandum: The plaintiff's complaint alleges that plaintiff was injured by the collision of defendant Bethlehem's train with lumber placed along the tracks by defendant Siegfried which lumber then struck plaintiff. This is an allegation of active negligence and no matter in what other way Bethlehem may be found guilty of negligence, active or passive, the proximate cause, or at least one of the proximate causes of the accident, was the collision. Assuming that the third-party defendant was also negligent and that its negligence contributed to causing the injuries to plaintiff, the most that can be assumed is that it, together with Bethlehem, are joint tort-feasors *in pari delicto,* and, in the absence of an agreement of indemnity, and none is alleged here, there can be no recovery over. The third-party complaint should be dismissed. All concur. (Appeal from an order denying a motion for dismissal of the third-party complaint in an action for damages for personal injuries alleged to have been received by plaintiff while on premises owned by defendant Bethlehem Steel Company.) Present — McCurn, P. J., Kimball, Piper and Wheeler, JJ.

EUGENE BRELAND, Appellant, v. PETER DELAPORTA, Individually and/or Doing Business as PARADISE GRILL, Respondent.— Motion for reargument denied with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 852.]

In the Matter of the Probate of the Will of SALEME HOBAICA, Deceased.— Order entered October 28, 1953, amended *nunc pro tunc.*